PATENT,CIVIL,CLOSED,TRANSFERRED,OPT_OUT

## U.S. District Court
## Eastern District of California – Live System (Fresno)
## CIVIL DOCKET FOR CASE #: 1:26–cv–04425–SAB

ABC IP, LLC et al v. Dirty Bird Industries, LLC et al
Assigned to: Magistrate Judge Stanley A. Boone
Cause: 35:183 Patent Infringement

Date Filed: 06/08/2026
Date Terminated: 07/27/2026
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**ABC IP, LLC**
*a Delaware limited liability company*

represented by **John Winston Thornburgh**
Fish & Richardson – John Thornburgh
12860 El Camino Real
Suite 400
San Diego, CA 92130
858–678–5070
Fax: 858–678–5099
Email: thornburgh@fr.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rare Breed Triggers, Inc.**
*a Texas corporation*

represented by **John Winston Thornburgh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**RBTM LLC**
*a Wyoming limited liability company*

represented by **John Winston Thornburgh**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Dirty Bird Industries, LLC**

**Defendant**

**Jay Pitcher**

**Defendant**

**Dustin Pitcher**

**Defendant**

**Lori Pitcher**

| Date Filed | # | Docket Text |
|------------|---|-------------|

| | | |
|---|---|---|
| 06/08/2026 | 1 | COMPLAINT *for Patent Infringement* against DIRTY BIRD INDUSTRIES, LLC, Dustin Pitcher, Jay Pitcher, Lori Pitcher by ABC IP, LLC, RBTM LLC, Rare Breed Triggers, Inc.. Attorney Thornburgh, John Winston added. (Attachments: # 1 Exhibit A – 12,038,247, # 2 Exhibit B – 12,031,784, # 3 Exhibit C – 12,578,159, # 4 Exhibit D – 10,514,223, # 5 Exhibit E – 11,724,003, # 6 Exhibit F – 12,036,336, # 7 Exhibit G – 12,274,807, # 8 Exhibit H – 12,636,403, # 9 Civil Cover Sheet, # 10 Patent Report)(Thornburgh, John) (Entered: 06/08/2026) |
| 06/08/2026 | 2 | CORPORATE DISCLOSURE STATEMENT by Plaintiff ABC IP, LLC. (Thornburgh, John) (Entered: 06/08/2026) |
| 06/08/2026 | 3 | CORPORATE DISCLOSURE STATEMENT by Plaintiff Rare Breed Triggers, Inc.. (Thornburgh, John) (Entered: 06/08/2026) |
| 06/08/2026 | 4 | CORPORATE DISCLOSURE STATEMENT by Plaintiff RBTM LLC. (Thornburgh, John) (Entered: 06/08/2026) |
| 06/08/2026 | | RECEIPT number ACAEDC–13430733 for $405.00 for ABC IP, LLC, et al., from John Winston Thornburgh. (Deputy Clerk EF) (Entered: 06/09/2026) |
| 06/09/2026 | 5 | PATENT NEW CASE DOCUMENTS AND NOTICE OF ASSIGNMENT TO A U.S. MAGISTRATE JUDGE AND DECLINATION OF CONSENT FORM ISSUED as to Patent #1:* 8187914 * * 03/24/2026 * * Rare Breed Triggers, INC * Patent #2:* 7004418 * * 03/21/2026 * * Rare Breed Triggers, INC * Patent #3:* 8232406 * * 04/28/2026 * * Rare Breed Triggers, INC * Patent #4:* 8232405 * * 04/28/2026 * * Rare Breed Triggers, INC * Patent #5:* 8225451 * * 04/21/2026 * * Rare Breed Triggers, INC *. Copy of Complaint and Patent Report emailed to U.S. Office of Patents and Trademarks. The Declination of Consent form is due within *30* days of receipt or service of the Notice of Assignment. **Initial Scheduling Conference set for 9/24/2026 at 11:30 AM in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone.** (Attachments: # 1 Notice of Direct Assignment to MJ, # 2 Patent Report, # 3 VDRP) (Deputy Clerk ED) (Entered: 06/09/2026) |
| 06/09/2026 | 6 | SUMMONS ISSUED as to *Dirty Bird Industries, LLC, Dustin Pitcher, Jay Pitcher, Lori Pitcher*. Response to complaint to be served on *John W. Thornburgh* *Fish & Richardson P.C* *12860 El Camino Real, Suite 400* *San Diego, CA 92130*. (Deputy Clerk ED) (Entered: 06/09/2026) |
| 07/08/2026 | 7 | WAIVER of SERVICE RETURNED EXECUTED: Waiver sent to Dustin Pitcher on 7/7/2026, Answer due 9/8/2026; Jay Pitcher on 7/3/2026, Answer due 9/1/2026; Lori Pitcher on 7/3/2026, Answer due 9/1/2026 (Attachments: # 1 Executed Waiver of Summons– Lori Pitcher, # 2 Executed Waiver of Summons– Dustin Pitcher)(Thornburgh, John) (Entered: 07/08/2026) |
| 07/13/2026 | 8 | NOTICE *RE MULTIDISTRICT LITIGATION FILING* by ABC IP, LLC, RBTM LLC, Rare Breed Triggers, Inc.. (Attachments: # 1 Exhibit Attachment – Part 1 – Mot to Transfer and Resp, # 2 Exhibit Attachment – Part 2 – Mot to Transfer and Resp, # 3 Exhibit Attachment – Part 3 – Mot to Transfer and Resp, # 4 Exhibit Attachment – Part 4 – Partisan Resp, # 5 Exhibit Attachment – Part 5 – TO–1, # 6 Exhibit Attachment – Part 6 – CTO, # 7 Exhibit Attachment – Part 7 – TO–2, # 8 Exhibit Attachment – Part 8 – NOTA)(Thornburgh, John) (Entered: 07/13/2026) |
| 07/27/2026 | 9 | CONDITIONAL TRANSFER ORDER (CTO–5), CASE TRANSFERRED to the Eastern District of Texas, MDL No. 3176. *Case electronically sent to EDTX.* (Deputy Clerk RMG) (Entered: 07/27/2026) |